

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00593-CV

**IN THE INTEREST OF A.R.E.**, a Child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01424
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant has filed a pro se motion requesting an extension of time to file a response to a prior order of this court. Appellant is represented by appointed counsel in this appeal. Appellant is not entitled to hybrid representation partly by counsel and partly pro se. *Posner v. Dallas County Child Welfare Unit of Tex. Dept. of Human Servs.*, 784 S.W.2d 585, 588 (Tex. App.—Eastland 1990, writ denied). Accordingly, appellant's motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court